## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**GREGORY EDWARD RULEY**                                                          **PLAINTIFF**

**CIVIL ACTION NO. 3:13CV-P364-S**

**SUMMER TINNELL** *et al.*                                                      **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) since the complaint fails to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the instant action is **DISMISSED** as being barred by the statute of limitations.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Date: July 1, 2013

                                                     Charles R. Simpson III, Senior Judge
                                                           United States District Court

cc:      Plaintiff, *pro se*
           Defendants
           Marion County Attorney
4411.003